Rutherford Institute for leave to file a brief as *amicus curiae* granted.

No. 99–1030. CITY OF INDIANAPOLIS ET AL. *v.* EDMOND ET AL. C. A. 7th Cir. [Certiorari granted, 528 U. S. 1153.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Kansas et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 99–1235. GREEN TREE FINANCIAL CORP.-ALABAMA ET AL. *v.* RANDOLPH. C. A. 11th Cir. [Certiorari granted, 529 U. S. 1052.] Motion of Terry Johnson et al. for leave to file a brief as *amici curiae* granted.

No. 99–1238. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY *v.* BENNETT. C. A. 2d Cir. [Certiorari granted, 529 U. S. 1065.] Motion of Florida for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1434. UNITED STATES *v.* MEAD CORP. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 1202.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 99–1680. CITY NEWS & NOVELTY, INC. *v.* CITY OF WAUKESHA. Ct. App. Wis. [Certiorari granted, *ante*, p. 1242.] Motion of the parties to dispense with printing the joint appendix granted.

No. 99–1702. TEXAS *v.* COBB. Ct. Crim. App. Tex. [Certiorari granted, *ante*, p. 1260.] Motion of the parties to dispense with printing the joint appendix granted.

No. 98–1648. MITCHELL ET AL. *v.* HELMS ET AL., *ante*, p. 793;
No. 99–1556. ALCOA INC. ET AL. *v.* BONNEVILLE POWER ADMINISTRATION (two judgments), *ante*, p. 1261;
No. 99–1582. BROWNING ET AL. *v.* ROHM & HAAS CO., *ante*, p. 1243;
No. 99–1771. KAHRE *v.* UNITED STATES FIDELITY & GUARANTY CO., *ante*, p. 1263;
No. 99–1779. WEE ET UX. *v.* ANDREWS ET AL., *ante*, p. 1263;

No. 99–1794. GERRISH v. COUNTY OF GENESEE ET AL., *ante*, p. 1276;

No. 99–1837. ANDERSON ET UX. v. CLINTON FOR PRESIDENT COMMITTEE ET AL., *ante*, p. 1263;

No. 99–7643. HIBBERT v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL., 529 U. S. 1007;

No. 99–8341. ROGERS v. ILLINOIS, 529 U. S. 1089;

No. 99–8587. FEURTADO v. UNITED STATES, 529 U. S. 1102;

No. 99–8724. IN RE KING, 529 U. S. 1129;

No. 99–8888. WOODERTS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1217;

No. 99–9047. SMITH v. APFEL, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1218;

No. 99–9049. CALDWELL v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, *ante*, p. 1234;

No. 99–9104. HOLSEY v. GEORGIA, *ante*, p. 1246;

No. 99–9223. MELONCON v. GODINICH, *ante*, p. 1265;

No. 99–9250. DODD v. STRUBLE, JUDGE, SUPERIOR COURT OF GEORGIA, MOUNTAIN JUDICIAL CIRCUIT, ET AL., *ante*, p. 1210;

No. 99–9356. BAILEY v. FEDERAL BUREAU OF PRISONS ET AL., *ante*, p. 1279;

No. 99–9487. ORYANG v. MITCHEM, WARDEN, ET AL., *ante*, p. 1267;

No. 99–9533. PRICE v. RYDER SYSTEM, INC., ET AL., *ante*, p. 1280;

No. 99–9632. CICCHINELLI v. PENNSYLVANIA, *ante*, p. 1281; and

No. 99–9772. IN RE DEEMER, *ante*, p. 1259. Petitions for rehearing denied.

No. 99–1481. VAKHARIA v. SWEDISH COVENANT HOSPITAL ET AL., *ante*, p. 1204; and

No. 99–7210. STANCLIFF v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 1164. Motions for leave to file petitions for rehearing denied.

No. 99–1641. U S WEST COMMUNICATIONS, INC. v. MFS INTELENET, INC., ET AL., *ante*, p. 1284. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.